UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARREN VINCENT FORD,<br><br>                           Plaintiff,<br>v.<br>G. SINKLIER et al.,<br>                           Defendants. | Case No.: 17-cv-00307-BAS-PCL<br><br>**ORDER DENYING AS MOOT MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS**<br><br>**[Dkt. No. 17]** |

    Before the Court is a motion for leave to proceed in formal pauperis filed by Plaintiff Darren Vincent Ford, a prisoner in the California State Prison–Sacramento. Dkt. No. 17. Plaintiff signed the form on August 30, 2017 and it was filed with this Court on September 20, 2017, *nunc pro tunc* September 18, 2017. *Id.*

    The present motion is moot. This Court already granted Plaintiff permission to proceed in forma pauperis on April 20, 2017. Dkt. No. 3. Accordingly, it was unnecessary for Plaintiff to file for such permission again. The motion, therefore, is **DENIED.**

    **IT IS SO ORDERED.**

    / / / /

1

DATE: September 26, 2017

Peter C. Lewis
United States Magistrate Judge